PK

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Jenence N. Jenkins )
) 1:19-cv-04942
) Judge Ruben Castillo
, ) Magistrate Judge Jeffrey Cummings
Plaintiff(s), )
)
vs. ) Case No.
)
State of Illinois, Chicago Police Dept. )
Kankakee Police Dept. , )
Marquette Bank (ed), Bank of Bourbonais (ed). )
Defendant(s). )
City of Chicago Estella Garcia
Jose Alivia "Pe-Pe" Andrew Letos  IDPFR

**RECEIVED**

JUL 23 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is  Jenence Nicole Jenkins .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, **Cox, Brooks, Eddie Johnson ect.**, is
   (name, badge number if known)

   ☐ an officer or official employed by **Part District 19 Kankakee Police, Chicago Police Dept.**
   (department or agency of government) _____or

   ☐ an individual not employed by a governmental entity.

   *If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is **Kankakee and Cook**. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about **2/16/19**, at approximately _____ ☐ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of _____
   _____, in the County of _____,
   State of Illinois, at **930 W. Belmont 152 N. Hunter K3** (Cook),
   (identify location as precisely as possible)
   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☒ searched plaintiff or his property without a warrant and without reasonable cause;
   ☒ used excessive force upon plaintiff;
   ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☒ conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other: _____
   _____

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*):_____

_____

_____

_____.

8. Plaintiff was charged with one or more crimes, specifically:

In and around my own property privately owned Cook & Kankakee County

_____

_____

_____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☒ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

_____.

☐ Other: _____.

_____

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Estella Garcia (biological parent only) Conspired with State of Illinois and City of Chicago to Steal One Construction GC. Inc from myself and father whom they all knew served as a MP for the U.S of America and or because of his Service for US he also continued his lifetime in this position. Therefore the Conspiracy was to also defraud the U.S. (treason) Used my information and my father's to form there own government essentially City of Chicago. Attempting to "Shut down" actual government. More so myself and father because of his position with the United States military.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Sexually assaulted. Right torn knee (muniscous) Left knee sprain. let head injury from being tazed.

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☒ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _Meredith Cenkus_ (?)

Plaintiff's name *(print clearly or type)*: Terence N. Jenkins

Plaintiff's mailing address: 930 W. Belmont

City Chicago  State Il  ZIP 60657

Plaintiff's telephone number: ( ) _____.

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

   *If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

Jose Alivia - Re-Re 930 W. Belmont Chicago (hide)
Andrew Letos
Peter Letos - Resident - 930 W. Belmont (hide inside)
Estella Garcia - Resident in my property 246 N. Indiana

(All have tenants inside ran scam(s) in Clarke
restaurant and collected my rent & revenue from each.
Repair & Damages.

IDPFR
Martin Badrov - Banking Division
Ira Tangy - Banking Division
Eric Watson - License Division (Springfield)
Jim Koehl

(Marquette Bank)
CEO - George M.
Dan Keading

(Bank of Bourbonais)
Florian Barbie

All Resident(s) currently residing in One Construction
GC Inc.

Private Owned.

Medical - Riverside (ect)